UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **FREDDY G. GONZALEZ,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **WILMINGTON SAVINGS FUND** § <br> **SOCIETY, FSB d/b/a CHRISTIANA** § <br> **TRUST, not individually but as trustee** § <br> **for Pretium Mortgage Acquisition Trust;** § <br> **RUSHMORE LOAN MANAGEMENT** § <br> **SERVICES, LLC as an Agent, Servant,** § <br> **Representative of Wilmington Savings** § <br> **Fund Society, FSB d/b/a Christiana** § <br> **Trust, not individually but as trustee for** § <br> **Pretium Mortgage Acquisition Trust, and** § <br> **DEANNA SEGOVIA, Substitute Trustee** § <br> § <br> **Defendants.** § | **CIVIL ACTION NO. 2:19-cv-00021** |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S AMENDED PETITION**

On this date the Court considered the Parties Agreed Motion for Continuance. After considering the Motion, the Court's file, and the docket, the Court finds the Motion has merit and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust and Rushmore Loan Management Services, LLC deadline to respond to Plaintiff's Amended Petition is extended to March 18, 2019.

Signed: _____

_____
**UNITED STATES DISTRICT JUDGE**